

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-11-00298-CR

SAMSON M. BILLIOT                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Samson M. Billiot attempts to appeal from the trial court's denial of his motion for new trial. Because the order denying his motion for new trial is not an appealable order, we dismiss the appeal for want of jurisdiction.

No Texas statute authorizes a direct appeal from the denial of a motion for new trial independently of the direct appeal from an underlying conviction. *See* Tex. Code Crim. Proc. Ann. art. 44.02 (West 2006) ("A defendant in any criminal

---

[1]*See* Tex. R. App. P. 47.4.

action has the right of appeal *under the rules hereinafter prescribed . . . .*") (emphasis added); *see also id.* art. 11.07. We generally have jurisdiction to consider an appeal by a criminal defendant only from a judgment of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

On July 28, 2011, we sent Billiot a letter stating our concern that we may not have jurisdiction over his appeal of the denial of his motion for new trial. We notified him that the appeal may be dismissed unless, on or before August 8, 2011, he or any party filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Billiot filed a pro se Appellate Brief in response, but it does not show grounds for continuing the appeal. *See* Tex. R. App. P. 21.4(a); *In re R.V., Jr.*, 8 S.W.3d 692, 693–94 (Tex. App.—Fort Worth 1999, pet. denied).

We hold that we lack jurisdiction over Billiot's appeal of the denial of his motion for new trial. Accordingly, we dismiss his appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 30, 2011